UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VALLIRE I SCOTT
Plaintiff

-vs-

COMPLAINT

THOMAS VILSACK
Defendant

Secretary Department of Agriculture

**12-2418**

**SECT. H MAG. 4**

1

I Vallire I Scott will present evidence to the court prove jurisdiction. I was denied my right to due process accused of using profanity in the work place.

I was discriminated against due to my disability (upper respiratory conditions, severe hypertension) also retaliation due to a previous EEOC complaint of failure to accommodate .

I have since been terminated from the agency due to another one of Ms Charlot malicious and false acts. See EX 1 Ms Charlot alleged that she had negotiated an agreement with the AFGE Local 2341 in order to change the work schedule hours and to take away the flex time which she violated the bargaining agreement (USC6130(a)(1). EX 2 she was notified by AFGE of her illegal action, EX 3 show in the last paragraph that any disciplinary action should be removed, EX4 in the last paragraph Mr. John White rescinded Terrence Johns' (union president) 2008-2009 performance appraisal he is turn re negotiated the settlement agreement to remove the last paragraph in EX3, see EX 5,.Ms Charlot was ordered to return flex time annual and sick leave on September 23, 2011, proving she is capable of malicious attack.

I was coerced into signing a LCA under the illegal shift change hours see EX 7, the FLRA agreement clearly states that the disciplinary actions should have been reversed. The agency and the union worked out deals among themselves in order to continue Ms Charlot's promises to terminate me.

2

There were no reasons for Ms Charlot to carry me AWOL during my time of therapy, I presented a letter to the OWCP section she stated that it was acceptable, see EX 7 also EX 8 clearly shows that I was paid for those therapy time.

Fee Pauper
Process _____
x Dktd _____
CtRmDep _____
Doc. No. _____

TENDERED FOR FILING

SEP 26 2012

U.S. DISTRICT COURT
Eastern District of Louisiana

The agency states that they did not believe that Ms Charlot would not have concoted the false accusation, she indeed accomplished her mission of terminating me base on malicious lies.

Ms Charlot has been removed from her position of Branch Chief of the Call Center. She has been replaced by Michael Campbell, she is still at the agency in another capacity.

3

The information along with the exhibits supports my allegations of facts.

4

Due to constructive termination, harassment and disparate treatment, I am seeking damages in the amount of $200,000.00.

*Vall Scott*
Vallire Scott
1853 Laurel St
N O LA 70130
(504) 453-4565