UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VALLIRE I. SCOTT** | * | **CIVIL ACTION** |
| v. | * | **NUMBER: 12-2418 "H" (4)** |
| | * | **JUDGE MILAZZO** |
| **THOMAS VILSACK, SECRETARY,** | | |
| **U.S. DEPARTMENT OF AGRICULTURE** | * | **MAGISTRATE ROBY** |

\* \* \*

## DEFENDANT'S MOTION TO DISMISS

**NOW INTO COURT,** through undersigned Assistant United States Attorney, comes defendant, Thomas Vilsack, Secretary, United States Department of Agriculture, who respectfully moves this Honorable Court, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, as follows:

**1.**

This Honorable Court lacks subject matter jurisdiction over all discrimination claims because these claims were not timely exhausted.

**2.**

This Honorable Court lacks subject matter jurisdiction over Plaintiff's constitutional claims as Title VII is the exclusive judicial remedy for claims of discrimination in federal employment.

**WHEREFORE,** defendant, Thomas Vilsack, Secretary, United States Department of Agriculture, prays that this Motion be granted and that Plaintiff's claims be dismissed.

Respectfully Submitted,

**DANA J. BOENTE
UNITED STATES ATTORNEY**

BY:     _s/Sandra Ema Gutierrez_
**SANDRA EMA GUTIERREZ
Assistant United States Attorney**
LA Bar #17888
650 Poydras Street, 16th Floor
New Orleans, Louisiana 70130
Telephone:  (504) 680-3000
Fax:  (504) 680-3186
sandra.gutierrez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on **July 17, 2013**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: n/a. . I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant(s):  **Vallire I. Scott**    .

 _/s/ Sandra Ema Gutierrez_
**SANDRA EMA GUTIERREZ**

Vallire I. Scott, *plaintiff, pro se*
P.O. Box 872313
New Orleans, LA 70127